**CAROL J. BERNICK,** OSB #894098
carolbernick@dwt.com
**CAROL A. NOONAN,** OSB #024075
carolnoonan@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
Tel: (503) 241-2300
Fax: (503) 778-5299

Attorneys for Defendant Simon & Schuster, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **LEYAH JENSEN,**<br><br>          **PLAINTIFF**,<br><br>v.<br><br>**SIMON & SCHUSTER, INC.,**<br><br>          **DEFENDANT**. | Case No. 03:12-cv-00759-PK<br><br>**MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>**By Defendant Simon & Schuster, Inc.**<br><br>**Oral Argument Requested** |

### LOCAL RULE 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a), the undersigned certifies that counsel for the parties have conferred regarding this motion and the parties are unable to resolve the dispute.

### MOTION

Defendant Simon & Schuster, Inc. ("Simon & Schuster") respectfully moves for an order dismissing plaintiff's complaint pursuant to FRCP 12(b)(6) because plaintiff has not filed her complaint within the applicable statute of limitations, and her allegations fail to state a claim upon which relief may be granted. In the alternative, Simon & Schuster requests an order

Page 1 – **DEF.'S MOTION TO DISMISS OR ALTERNATIVELY TRANSFER VENUE**

DWT 20269989v1 3901014-000663

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

transferring venue pursuant to 28 U.S.C. § 1404 because the District Court for the Southern District of New York is a far more convenient forum for this litigation.

DATED this 6th day of August, 2012.

**DAVIS WRIGHT TREMAINE LLP**

By */s/ Carol Noonan*
**CAROL J. BERNICK, OSB #894098**
Email: carolbernick@dwt.com
**CAROL A. NOONAN, OSB #024075**
Email: carolnoonan@dwt.com
Tel: 503.241.2300
Fax: 503.778.5299
Attorneys for Defendant Simon & Schuster, Inc.

Page 2 – **DEF.'S MOTION TO DISMISS OR ALTERNATIVELY TRANSFER VENUE**

DWT 20269989v1 3901014-000663

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax