**CAROL J. BERNICK,** OSB #894098
carolbernick@dwt.com
**CAROL A. NOONAN,** OSB #024075
carolnoonan@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5610
Tel: (503) 241-2300
Fax: (503) 778-5299

Attorneys for Defendant Simon & Schuster, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **LEYAH JENSEN,**<br><br>        **PLAINTIFF**,<br><br>    v.<br><br>**SIMON & SCHUSTER, INC.,**<br><br>        **DEFENDANT**. | Case No. 03:12-cv-00759-PK<br><br>**DEFENDANT SIMON & SCHUSTER, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Simon & Schuster, Inc. (a private, non-governmental party) certifies as follows:

Simon & Schuster, Inc. is a wholly owned subsidiary of French Street Management LLC. The sole member of French Street Management LLC is CBS Operations, Inc., a wholly owned subsidiary of CBS Corporation, which is publicly traded on the New York Stock Exchange.

Page 1 – **DEF. SIMON & SCHUSTER, INC.'S CORPORATE DISCLOSURE STATEMENT**

DWT 20209102v1 3901014-000663

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

DATED this 6th day of September, 2012.

**DAVIS WRIGHT TREMAINE LLP**

By */s/ Carol Noonan*
    **CAROL J. BERNICK, OSB #894098**
    Email: carolbernick@dwt.com
    **CAROL A. NOONAN, OSB #024075**
    Email: carolnoonan@dwt.com
    Tel: 503.241.2300
    Fax: 503.778.5299
    Attorneys for Defendant Simon & Schuster, Inc.

Page 2 – **DEF. SIMON & SCHUSTER, INC.'S CORPORATE DISCLOSURE STATEMENT**

DWT 20209102v1 3901014-000663

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax